# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)

In re:

ROY C. WEILER II

LORI A. WEILER

Debtor(s).

) CASE NO.: 16-15974-pmm
)
)
)
)  Chief Judge Richard E. Fehling
)
)
)
)
)
)

## MORTGAGE SERVICER'S NOTICE OF DEBTOR'S REQUEST FOR TEMPORARY FORBEARANCE DUE TO THE COVID-19 PANDEMIC

Now comes JPMorgan Chase Bank, National Association ("Creditor") and hereby submits Notice to the Court of the Debtor's request for temporary mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

Due to recent financial hardship resulting directly or indirectly from the COVID-19 emergency, the Debtor initiated, and Creditor has provided a temporary suspension of mortgage payments for the period of 3 months. Creditor holds a secured interest in real property commonly known as 26 SUNRISE TER, MILLERSVILLE, PA 17551 as evidenced by claim number 19-1 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. This arrangement does not amend or modify the Debtor's chapter 13 plan or create a repayment plan. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks the Debtor or Counsel for the Debtor make those requests through Creditor's Loss Mitigation Team at (877) 496-3138.

Per the request, Debtor will resume Mortgage payments beginning 3/1/2021 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears") through loss mitigation

arrangements, a bankruptcy consent order or through an amended or modified chapter 13 bankruptcy plan. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

                                            Respectfully submitted,

                                            */s/ Maria Tsagaris*
                                            Maria Tsagaris
                                            Agent for Creditor
                                            McCalla Raymer Leibert Pierce, LLC
                                            1544 Old Alabama Road
                                            Roswell, GA 30076
                                            Phone: 678-281-6532
                                            Maria.Tsagaris@mccalla.com

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing Notice of Debtor's Request for Temporary Forbearance was served upon the following parties in the following fashion on this 18th day of January, 2020:

ROY & LORI WEILER *(Served via US Mail)*
26  SUNRISE TER, MILLERSVILLE, PA 17551

THOMAS W FLECKENSTEIN *(Served via ECF Notification)*
1338 MALLEABLE ROAD, COLUMBIA, PA 17512

SCOTT F WATERMAN *(Served via ECF Notification)*
2901 ST LAWRENCE AVE SUITE 100, READING, PA 19606

Date: 1/18/2021                                   By: /s/ *Maria Tsagaris*
                                                      Maria Tsagaris